ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 7:23 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00011-CV

**In the Fifteenth Court of Appeals
Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/17/2025 7:23:01 PM
CHRISTOPHER A. PRINE
Clerk

The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants*,

v.

GENSETIX, INC.,
*Appellee*.

_____

On Appeal from Cause No. 2021-73071
In the 152nd Judicial District of Harris County, Texas

_____

### NOTICE OF APPEARANCE OF THOMAS F. LOOSE

Please take notice that Thomas F. Loose of the law firm Troutman Pepper Locke LLP enters his appearance as an attorney of record in the above-styled and numbered cause on behalf of appellants The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center (the "Appellants"). Mr. David Harrell will remain the attorney-in-charge for Appellants and the remaining counsel will continue to represent the Appellants, such that Mr. Loose's notice is as additional counsel. Mr. Loose's information is below:

**NOTICE OF APPEARANCE OF THOMAS F. LOOSE**                                    **PAGE 1**

145954166v1

**Thomas F. Loose**
Texas Bar No. 12561500
tom.loose@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800


Please send all communications from the Court or counsel regarding this case to

the undersigned.

Respectfully submitted,

/s/ *David E. Harrell, Jr.*
**David E. Harrell, Jr.**
  State Bar No. 00793905
  david.harrell@troutman.com
**Deanna Markowitz Willson**
**TROUTMAN PEPPER LOCKE LLP**
600 Travis St., Suite 2800
Houston, Texas 77002

**Thomas F. Loose**
  State Bar No. 12561500
  tom.loose@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

**Terri M. Abernathy**
  Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548, Capitol
Austin, TX 78711

*Attorneys for Appellants*

**NOTICE OF APPEARANCE OF THOMAS F. LOOSE**                    **PAGE 2**

## CERTIFICATE OF SERVICE

I certify that on September 17, 2025, I served this document on all counsel of record via the Court's electronic filing system.

*/s/ Thomas F. Loose*
Thomas F. Loose

145954166v1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Krister Reyes on behalf of Thomas Loose
Bar No. 12561500
krister.reyes@lockelord.com
Envelope ID: 105742637
Filing Code Description: Other Document
Filing Description: Notice of Appearance - Thomas F. Loose
Status as of 9/18/2025 7:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas FLoose | | tom.loose@troutman.com | 9/17/2025 7:23:01 PM | SENT |